7. TO: WHOM IT MAY CONCERN COULD YOU BRIEF INVESTIGATE
LAWSUIT FILE AND PROSECUTE THIS OBSTRUCTION TO JUSTICE BY LOU FUSZ
RACIAL DISCRIMINATION (AFRICAN AMERI)
MISSOURI STATE COURT
Sidney Keys 4-10-2023

TO: CHIEF OF POLICE CHESTERFIELD
From: SIDNEY KEYS (404) 671-0010
SUBJECT: Lou Fusz Refusal to Report my CAR PAYMENT TO THE CREDIT DEPARTMENT, I BOUGHT THE CAR IN June 2022 UNTIL NOT REPORTED (4-2023)

**08 - TOO MANY INQUIRIES LAST 12 MONTHS**

## Request New Tradeline

| | Opened | Reported | Hi. C |
|---|---|---|---|
| LOU FUSZ MOT BH08389PR | 02/23 | 04/23 | $ |
| | DLA 03/23 | ECOA B | Sou |
| FRAUD UACC 9001011543890000 | Opened 02/18 | Reported 03/23 | Hi. C $ |
| | DLA 10/18 | ECOA B | Sou XP/ |
| CHARGED OFF ACCOUNT; | | | |
| FRAUD NATCREADJ 640230 | Opened 11/18 | Reported 05/23 | Hi. C $ |
| | DLA 08/18 | ECOA B | Sou XP/ |

DocuSign Envelope ID: 3E7EEA78-DDBE-4102-9300-1CE0ED8A5F2D

## ODOMETER DISCLOSURE STATEMENT

FORM **3019** (REV. 01/2021)

INSTRUCTIONS ON REVERSE

| YEAR | MAKE | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 2011 | FORD | 2FMDK4KC7BBA25775 |

| TITLE NUMBER | STATE | MODEL | BODY STYLE |
|---|---|---|---|
|  | MO | EDGE | OTHER |

If purchaser/seller is an agent/officer of a firm, record official position after printed name. The purchaser/seller should retain a copy of this odometer disclosure statement. If "Warning Odometer Discrepancy" is checked, the seller must attach a statement explaining all facts regarding the discrepancy.

Purchaser: SIDNEY KEYS
Date: 04/20/2022
Address: 11869 LARIMORE SAINT LOUIS MO 63138

Seller: Lou Fusz Buick GMC
Date: 06/18
Address: 10950 Page Blvd St. Louis MO 63132

Odometer Reading: 142319

Signature of Purchaser(s): [signature] — SIDNEY KEYS
Signature of Seller(s): [signature] — Lou Fusz Buick GMC









STATE OF MISSOURI

# CERTIFICATE OF TITLE

03741JA791 ORIGINAL TDW35586

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | | BODY STYLE |
|---|---|---|---|---|
| 2FMDK4KC7BBA25775 | 2011 | FORD | | UTILI |

| | PREVIOUS STATE | MILEAGE AT TIME OF TRANSFER | TAX | PURCHASE DATE | DATE ISSUED |
|---|---|---|---|---|---|
| 35 | VA | 120224* | EX 02 | 10/09/2010 | 07/14/2019 |

HEDRICK ANDREW THOMAS
9821 BARLOW LN
SAINT LOUIS MO 63123

0003-000

HEDRICK ANDREW THOMAS
9821 BARLOW LN
SAINT LOUIS MO 63123-6201

VEHICLE SUBJECT TO FOLLOWING LIENS

Lien release ... notarized ...

BUYER ON REVERSE SIDE MUST TITLE IN 30 DAYS TO AVOID PENALTY

*ACTUAL MILEAGE.
EFFECTIVE 1/1/06 YOU MUST SUBMIT A NOTICE OF SALE TO THE DEPARTMENT OF REVENUE WITHIN 30 DAYS OF SELLING THIS VEHICLE.

Ken Zellers (signature)

26810477 ACTING DIRECTOR OF REVENUE

ANY ALTERATION OR ERASURE VOIDS THIS TITLE

MUST BE COMPLETED AT TIME OF SALE **NOTICE OF SALE OR TRANSFER** SEE INSTRUCTIONS ON REVERSE

| | |
|---|---|
| PURCHASER NAME - LAST, FIRST (REQUIRED) (PRINTED) | PURCHASER SIGNATURE (REQUIRED) |
| ADDRESS (REQUIRED) | |
| CITY (REQUIRED) | SALE DATE (REQUIRED) |
| STATE (REQ.) / ZIP CODE (REQUIRED) / COUNTY | NET PRICE (REQUIRED) $ |

| | YEAR | MAKE | VEHICLE IDENTIFICATION NUMBER | TITLE NUMBER |
|---|---|---|---|---|
| P | 2011 | FORD | 2FMDK4KC7BBA25775 | TDW35586 |

SELLER NAME AND SIGNATURE (REQUIRED) | DEALER NUMBER

SELLER MUST SUBMIT TO DEPARTMENT OF REVENUE. SEE REVERSE SIDE.

LIEN

PRICE $ 11,990.00
REBATE $ 0.00
VEHICLE TRADE-IN $ 0.00
OTHER CREDIT
NET PRICE $ 11,990.00

FEES
LICENSE FEE $
ADDITIONAL
TRANSFER FEE $
REGISTRATION PENALTY $
TITLE PENALTY $
LOCAL TAX $
TOTAL $

**Lou Fusz Buick GMC**

| Field | Value |
|---|---|
| R/O Open Date | 06/21/22 |
| R/O Close Date | 06/24/22 |
| Status | Pre-Invoice |
| Mileage In | 144086 |
| Mileage Out | 44086 |
| Service Advisor / Tag # | Jason Walters/7984 |

Customer: KEYS, SIDNEY
11669 LARIMORE
SAINT LOUIS, MO 63138
Home Phone: 404-671-0010
Delivery Date: 05/20/22

Year: 2011  Make: FORD  Model: EDGE  Body: OTHER

Email: keysidney790 gmail.com

#2 - INSP: PERFORM COMPLEMENTARY 21 POINT VEHICLE INSPECTION

#3 - GEN: GENERAL MECHANICAL
  thumping type sound on right had turns. only happens while making turns
  Sub Total: .00

#4 - DIAG: LIMITED DIAGNOSES $79.95
  Caused by
  Drove in parking lot making right turns. Drove down road. Heard no abnormal noises.
  Tech: Bob Coleman (528)    Internal

#5 - ELT4: PERFORM STARTING AND CHARGING TEST
  Caused by
  Tested and found battery won't pass load test.
  Tech: Bob Coleman (528)    Internal

#6 - ELT: ELECTRICAL
  customer reports that the vehicle would not start without a jump start.
  Sub Total: .00

#7 * ELT6: REPLACE BATTERY

Signature: $ - TaylorJaneKeys